AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00079 |
| Donald Lee Moss | ) Assigned To : Judge Robin M. Meriweather |
| | ) Assign. Date : 3/1/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Donald Lee Moss,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building or Grounds.

Date: 03/01/2024

*Issuing officer's signature*
2024.03.01 12:20:53 -05'00'

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/1/2024, and the person was arrested on *(date)* 3/6/2024
at *(city and state)* Bloomington, Indiana.

Date: 3/6/2024

*Arresting officer's signature*

John Alexander Miller (Special Agent)
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff, | )<br>)<br>) | |
| vs. | ) | CAUSE NO. 1:24-mj-238-TAB |
| DONALD LEE MOSS,<br>      Defendant. | )<br>)<br>) | - 01 |

**COURTROOM MINUTE FOR MARCH 6, 2024,**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

Parties appear for a Rule 5(c)(3) hearing on the Complaint filed on out of the District of Columbia, Case No. 1:24-mj-00079-RMM.   Defendant appeared in person and by FCD counsel, Dominic Martin.   Government represented by AUSA Kate Olivier.   USPO represented by Megan Stevens.

Court provisionally appointed counsel.   This matter should be revisited at the next hearing in the District of Columbia.

Charges and rights were read and explained.   Defendant waived his right to an identity hearing.

Government did not seek detention pending transport.   Defendant is to report to the District of Columbia on March 19, 2024, at 12:30 p.m. via Zoom.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a

timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

      Defendant released on conditions of release pending further proceedings before the Court.

Date: 3/7/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> v. ) <br> ) <br> DONALD LEE MOSS (01) ) <br> *Defendant* ) | Case No.   1:24-mj-00238-TAB |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear via Zoom:   Information provided separately

   on   _____March 19, 2024 at 12:30 PM_____
   *Date and Time*

   If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

Deft. Initials:  *DLM*

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

  IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
   Person or organization _____
   Address *(only if above is an organization)* _____
   City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                      Signed: _____  _____
                                                    *Custodian*                      *Date*

( ☒ ) (7) The defendant must:
   ( ☒ ) (a) submit to supervision by and report for supervision to the   UNITED STATES PRETRIAL SERVICES AGENCY  ,
         telephone number _____, no later than  AS THEY INSTRUCT         .
   ( ☒ ) (b) continue or actively seek employment.
   ( ☐ ) (c) continue or start an education program.
   ( ☒ ) (d) surrender any passport to:  THE U.S. PROBATION OFFICE FOR THE SOUTHERN DISTRICT OF INDIANA
   ( ☒ ) (e) not obtain a passport or other international travel document.
   ( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel:  RESTRICTED TO THE SOUTHERN
         DISTRICT OF INDIANA UNLESS PRE-APPROVED BY THE U.S. PRETRIAL SERVICES AGENCY
   ( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:  ANY CO-DEFENDANTS OR POTENTIAL CO-DEFENDANTS – IF RELATED DO NOT DISCUSS CASE AND **is restricted from traveling to Washington D.C. unless it is to appear in court or meet with pretrial services or an attorney**
   ( ☐ ) (h) get medical or psychiatric treatment: _____
   ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
   ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   ( ☒ ) (k) not possess a firearm, destructive device, or other weapon.
   ( ☒ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) not excessively.
   ( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   ( ☒ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
         ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
         ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
         ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
         ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
            **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
   ( ☐ ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
         ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
         ( ☐ ) (ii) Voice Recognition; or
         ( ☐ ) (iii) Radio Frequency; or
         ( ☐ ) (iv) GPS.

                                                                      Deft. Initials:  DCM

AO 199B  (Rev. 10/20 - Modified by INSD 04/21)  Additional Conditions of Release                                         Page  3  of  4  Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ )  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ )  (s)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ )  (t)  The defendant shall not incur new credit charges or open additional lines of credit. The defendant shall provide the pretrial release office access to any requested financial information for both business and personal accounts.

( ☐ )  (u)  Defendant is to report to the U.S. Marshals Office, 46 East Ohio Street, Room 176 Indianapolis, Indiana on _____ between the hours of 9:00 am and 3:00 p.m. EST for processing.

Deft. Initials: _DLM_

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Indianapolis   Indiana
_____
*City and State*

### Directions to the United States Marshal

( ☐ )  The defendant is ORDERED released after processing by U.S. Marshal on or before _____.
( ☐ )  The defendant is ORDERED released. See condition (u).
( ☐ )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 3/6/2024

_____
*Judicial Officer's Signature*

Tim A. Baker, Magistrate Judge
_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

Deft. Initials: DLM

# U.S. District Court
# Southern District of Indiana (Indianapolis)
# CRIMINAL DOCKET FOR CASE #: 1:24-mj-00238-TAB-1

Case title: USA v. MOSS  
Other court case number: 1:24-mj-00079-RMM District of Columbia

Date Filed: 03/07/2024

Assigned to: Magistrate Judge Tim A. Baker

**Defendant (1)**

**DONALD LEE MOSS**   represented by   **Dominic David Martin**
INDIANA FEDERAL COMMUNITY DEFENDERS
111 Monument Circle
Suite 3200
Indianapolis, IN 46204
(317) 383-3520
Fax: (317) 383-3525
Email: dominic_d_martin@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Warrant on Complaint out of District of Columbia | |

**Plaintiff**

USA v. MOSS (1:24-mj-00238-TAB-1)

USA represented by **Kathryn E. Olivier**
UNITED STATES ATTORNEY'S OFFICE
(Indianapolis)
10 West Market Street
Suite 2100
Indianapolis, IN 46204
317-229-2413
Fax: 317-226-5027
Email: kathryn.olivier@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2024 | 1 | MINUTE ORDER for proceedings held before Magistrate Judge Tim A. Baker: as to DONALD LEE MOSS (1)Initial Appearance in Rule 5(c)(3) Proceedings as to DONALD LEE MOSS (1) held on 3/6/2024. Defendant appeared in person and by FCD counsel, Dominic Martin. Government represented by AUSA Kate Olivier. USPO represented by Megan Stevens. Court provisionally appointed counsel. This matter should be revisited at the next hearing in the District of Columbia. Charges and rights were read and explained. Government did not seek detention pending transport. Defendant is to report to the District of Columbia on March 19, 2024, at 12:30 p.m. via Zoom. Defendant waived his right to an identity hearing. Defendant released on conditions of release pending further proceedings before the Court. Signed by Magistrate Judge Tim A. Baker. (TPS) (Entered: 03/07/2024) |
| 03/07/2024 | 2 | ARREST Warrant out of District of Columbia Returned by US Marshal. Service of Warrant EXECUTED on 3/6/2024 in case as to DONALD LEE MOSS (1). Electronic Notice to USM-W.(TPS) (Entered: 03/07/2024) |
| 03/07/2024 | 4 | ORDER Setting Conditions of Release as to DONALD LEE MOSS (1). (SEE ORDER.) Signed by Magistrate Judge Tim A. Baker on 3/6/2024. Electronic Notice to USM-C.(TPS) (Entered: 03/07/2024) |
| 03/07/2024 |  | Notice of a Rule 5 or Rule 32 Initial Appearance as to DONALD LEE MOSS (1). Transferee court case number is: 1:24-mj-00079-RMM. Using a PACER account, the docket sheet and any documents may be received via the case number link. No documents/record will be sent to the receiving district court.<br><br>If the receiving district court requires certified copies of any documents please send that request to InterdistrictTransfer_INSD@insd.uscourts.gov. (TPS) (Entered: 03/07/2024) |

**USA v. MOSS (1:24-mj-00238-TAB-1)**